```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19509
    JANIS C RIDGWAY PROCTER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5497


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/20/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 01/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
COMMONWEALTH EDISON      UNSECURED            600.45          .00            .00
IL DEPT OF EMPLOYMENT SE UNSECURED           2399.88          .00            .00
WELLS FARGO BANK         NOTICE ONLY      NOT FILED           .00            .00
ROBERT LENTZ             SECURED                 .00          .00            .00
ROBERT LENTZ             NOTICE ONLY      NOT FILED           .00            .00
OPTION ONE MTG           CURRENT MORTG          .00           .00            .00
OPTION ONE MTG           MORTGAGE ARRE  14001.44              .00            .00
CODILIS & ASSOCIATES ^   NOTICE ONLY      NOT FILED           .00            .00
OPTION ONE MORTGAGE      NOTICE ONLY      NOT FILED           .00            .00
ROUNDUP FUNDING LLC      UNSECURED            351.91          .00            .00
CITIFINANCIAL SERVICES   UNSECURED           9125.49          .00            .00
RICHARD A SNOW           NOTICE ONLY      NOT FILED           .00            .00
COMCAST CABLEVISION      UNSECURED        NOT FILED           .00            .00
CREDIT MANAGEMENT INC    NOTICE ONLY      NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00            .00
EXELON BUSINESS SERV     NOTICE ONLY      NOT FILED           .00            .00
DEPENDON COLLECTION      UNSECURED        NOT FILED           .00            .00
SULLIVAN URGENT AID CARE NOTICE ONLY      NOT FILED           .00            .00
ILLINOIS DEPT OF EMP SEC NOTICE ONLY      NOT FILED           .00            .00
IL DEPT OF EMPLOYMENT SE NOTICE ONLY      NOT FILED           .00            .00
CHASE BANK USA NA        UNSECURED            518.36          .00            .00
MIDWEST PHYSICIAN GROUP  UNSECURED        NOT FILED           .00            .00
ICS                      NOTICE ONLY      NOT FILED           .00            .00
NICOR GAS                UNSECURED        NOT FILED           .00            .00
RADIOLOGY IMAGING SPECIA UNSECURED        NOT FILED           .00            .00
MEDICAL COLLECTIONS SYS  NOTICE ONLY      NOT FILED           .00            .00
ILLINOIS BELL TELEPHONE  UNSECURED        NOT FILED           .00            .00
TINLEY PRIMARY CARE LTD  UNSECURED        NOT FILED           .00            .00
LEGAL ASSISTANCE FOUNDAT DEBTOR ATTY             .00                         .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                           150.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 19509 JANIS C RIDGWAY PROCTER
```

```
--------------------------------------------------------------------------------
TRUSTEE                                         150.00

PRIORITY                                                                   .00
SECURED                                                                    .00
UNSECURED                                                                  .00
ADMINISTRATIVE                                                             .00
TRUSTEE COMPENSATION                                                       .00
DEBTOR REFUND                                                           150.00
                                           ---------------    ---------------
TOTALS                                          150.00             150.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/27/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE